and, second, we note that the witness Spencer, a witness to the signing of the confession offered in evidence, was permitted to testify without objection:

"I talked to the defendant and he told me the same thing that is in this statement. * * *"

It appears, therefore, that the facts set forth in the confession were, by this testimony, before the jury without objection.

We remain convinced that a correct conclusion was reached originally, and the motion for rehearing is overruled.

Opinion approved by the Court.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the unlawful possession for the purpose of sale of an alcoholic beverage, in a dry area. The jury found him guilty and assessed his punishment at a fine of $500.00 and 30 days in the county jail.

The record is brought forward without a statement of facts or bills of exception. The proceedings appear regular and no question is presented for review.

The judgment of the trial court is affirmed.

## BROCK v. STATE.

No. 24733.

Court of Criminal Appeals of Texas.

April 5, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.